**FILED**
SEP - 2 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

**ENTERED**
SEP - 2 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**STANDING ORDER IN RE:**
**ASSIGNMENT AND REFERRAL OF CIVIL ACTIONS**
**AND MATTERS TO MAGISTRATE JUDGES**

Pursuant to Title 28, United States Code, Section 636, it is hereby **ORDERED** that certain types of civil actions and matters shall be assigned and referred as follows:

For the Beckley and Bluefield Divisions, to the Honorable R. Clarke VanDervort, United States Magistrate Judge;

For the Charleston and Parkersburg Divisions, to the Honorable Mary E. Stanley, United States Magistrate Judge; and

For the Huntington Division, to the Honorable Cheryl A. Eifert, United States Magistrate Judge.

The matters referred in <u>all</u> civil cases are:

1. Applications to proceed <u>in forma pauperis</u>;

2. Discovery disputes; and

3. Discovery disputes which arise post-judgment (e.g., interrogatories in aid of execution, judgment debtor examinations, motions to compel answers to suggestions).

The types of civil cases which are referred for total pretrial management and submission of proposed findings of fact and recommendations for disposition are: actions for judicial review of an administrative determination under the Social Security Act.

The types of jury or non-jury civil matters assigned for all proceedings, including entry of judgment are:

1. Actions in which all parties have consented to proceed before a magistrate judge; and

2. Applications for award of attorneys' fees and expenses under the Social Security Act or the Equal Access to Justice Act.

Actions filed by persons who are proceeding pro se, whether or not they are in custody (until such person is represented by retained counsel) and actions filed by persons pursuant to 28 U.S.C. §§ 2241, 2254, or 2255, whether or not they are represented by counsel, are referred for total pretrial management and submission of proposed findings of fact and recommendations for disposition as follows:

Charleston and Parkersburg Divisions cases shall be referred to Magistrate Judge Stanley.

Bluefield Division cases shall be referred to Magistrate Judge VanDervort.

Beckley Division cases shall be referred to both Magistrate Judge Stanley and Magistrate Judge VanDervort.

Huntington Division cases shall be referred to Magistrate Judge Eifert.

The Clerk is directed to enter this Order in each action filed on or after September 2, 2010, and to transmit copies to counsel of record and to any unrepresented parties.

ENTER: 2 September 2010

_____
Joseph R. Goodwin, Chief Judge