# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

| BLUEFIELD | CHARLESTON | HUNTINGTON | BECKLEY | PARKERSBURG |
|---|---|---|---|---|
| Room 2303<br>601 Federal Street<br>Bluefield, WV 24701 | Suite 2400<br>300 Virginia Street, East<br>Charleston, WV 25301 | Room 101<br>845 Fifth Avenue<br>Huntington, WV 25701 | Room 119<br>110 North Heber Street<br>Beckley, WV 25801 | Room 5102<br>425 Juliana Street<br>Parkersburg, WV 26101 |
| P. O. Box 4128<br>Bluefield, WV 24701 | P. O. Box 2546<br>Charleston, WV 25329 | Please use street<br>address above. | P. O. Drawer 5009<br>Beckley, WV 25801 | Please use street<br>address above. |
| 304/327-9798 | 304/347-3000 | 304/529-5588 | 304/253-7481 | 304/420-6490 |

TERESA L. DEPPNER
CLERK OF COURT

www.wvsd.uscourts.gov

Reply to: **Bluefield**

February 8, 2012

Jodi Darlene Dodson
Reg. No. 06199-087
c/o CCM Annapolis Junction
Community Corrections Office
302 Sentinel Drive, Suite 200
Annapolis Junct, MD 20701

Re: Jodi Darlene Dodson v. Federal Bureau of Prisons,
Civil Action No. 1:12-0257

Dear Ms. Dodson:

Pursuant to Order entered on February 7, 2012 in related Civil Action No. 1:11-0411 (Document No. 6 and enclosed herewith), please find enclosed the following forms for completion by you regarding the above-referenced civil action:

- Complaint, and
- Application to Proceed Without Prepayment of Fees and Costs

Please note, I have filled in the case caption with the Federal Bureau of Prisons being the named defendant. Within Magistrate Judge VanDervort's February 7, 2012 Order, he directs you to specify the defendant(s) in your Bivens action as well as state your claims. Therefore, please identify each defendant you would like to include in your lawsuit and fill in the Complaint form accordingly. Once you have completed these forms, please return same to the Clerk's Office, Bluefield Division.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

TERESA L. DEPPNER, CLERK OF COURT

By: *Aleta R. Barie*
Aleta R. Barie, Case Administrator

Enclosures